# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:17-cv-00116-JCM-CWH |
| Plaintiff, | |
| v. | |
| ROMEWRIGHT PROPERTIES LLC, et al, | **ORDER** |
| Defendants. | |

Presently before the court is the parties' stipulation to stay pending resolution of petition(s) for *writ of certiorari* to the United States Supreme Court. (ECF No. 28) The court is aware of those proceedings. The United States district judge assigned to this case is continuing to process this type of case. Accordingly, the stipulation to stay is DENIED.

IT IS SO ORDERED.

DATED: April 14, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge