Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: sempers@ballardspahr.com

*Attorneys for Plaintiff The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2005-10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, <br><br> Plaintiff, <br><br> vs. <br><br> ROMEWRIGHT PROPERTIES LLC, a Nevada limited liability company; and DRY DOG LLC, a Nevada limited liability company; THE REGENT AT TOWN CENTRE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation <br><br> Defendants. | CASE NO. 2:17-cv-00116-JCM-CWH <br><br><br> **STIPULATION TO DISMISS CASE WITH PREJUDICE** |

DMWEST #17108960 v1

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff/Counterclaim Defendant The Bank of New York Mellon, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10, Defendants/Counterclaimants Romewright Properties LLC, Dry Dog, LLC, and Defendant The Regent at Towncentre Homeowners' Association, by and through their respective undersigned counsel of record, being all of the parties who have appeared in this case, hereby stipulate to dismiss all claims asserted in this action, with prejudice, with each party to bear its own costs and attorney's fees.

Dated this February 5, 2018.

BALLARD SPAHR LLP

By: /s/ *Sylvia O. Semper*
Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: /s/ *Adam R. Knecht*
Kurt R. Bond, Esq.
Nevada Bar No. 6228
Adam R. Knecht, Esq.
Nevada Bar No. 13166
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ *Julie A. Funai*
Kaleb D. Anderson, Esq.
Julie A. Funai, Esq.
Nevada Bar No. 8752
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144

## ORDER

Based on the above stipulation between Plaintiff/Counterclaim Defendant The Bank of New York Mellon, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10 and Defendants/Counterclaimants

2

Romewright Properties LLC, Dry Dog, LLC, and Defendant The Regent at Towncentre Homeowners' Association, and good cause appearing therefore,

IT IS ORDERED that the case shall be dismissed with prejudice.

*[signature]*
UNITED STATES DISTRICT JUDGE
Dated: March 5, 2018